In the Matter of the Claim of Michael Mona and Another, Respondents, against Union Railway Company of New York City, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.